# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 27, 2007

Clifford W. Taylor,
Chief Justice

132018

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HOUDINI PROPERTIES, LLC,
       Plaintiff-Appellant,

v

       SC: 132018
       COA: 266338
       Wayne CC: 05-504139-CZ

CITY OF ROMULUS,
       Defendant-Appellee.
_____

      On order of the Chief Justice, the motion by defendant-appellee for extension of time for filing its supplemental brief and the response thereto in which plaintiff-appellant requests a similar extension are considered and, it appearing that both briefs were filed August 10, 2007, the time for filing for both parties is extended to that date.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 27, 2007

Clerk